THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HABEN SEBHATU, <br><br> Defendant. | CASE NO. CR20-0033-JCC <br><br> ORDER |

This matter comes before the Court on Defendant's motion to modify the conditions of his supervised release (Dkt. No. 123). Having thoroughly considered the parties' briefing, the relevant record, and the recommendation of U.S. Probation, the Court DENIES the motion.

DATED this 8th day of October 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0033-JCC
PAGE - 1